Jason M. Rapa, Esquire
jrapa@rapalegal.com

Matthew J. Rapa, Esquire
mrapa@rapalegal.com



141 S. 1st Street
Lehighton, PA 18235
*(Please reply to this address)*

609 Hamilton Street, 1st Floor
Sovereign Building
Allentown, PA 18101

610 377-7730
610 377-7731 *(fax)*
866 740-6117 *(toll-free)*

June 18, 2014

**VIA ECF**
Honorable William J. Nealon
United States District Court Middle District of Pennsylvania
William J. Nealon Federal Bldg, & U.S. Courthouse
235 N. Washington Ave, P.O. Box 1146
Scranton, PA 18501-1146

      **RE:**    **Crouch v. Central Credit Services, Inc.**
               **Civil Action No.: 14-00118**

Dear Judge Nealon:

The above-referenced matter has been resolved by agreement between the parties. Please enter an order dismissing the action with prejudice. However the parties ask that this Honorable Court retain jurisdiction over the matter for a period of ninety (90) days to allow the parties to complete their obligations under the agreed upon resolution.

Thank you for your time and attention to this matter. Should you have any questions or concerns please do not hesitate to contact my office.

Very truly yours,

Jason M. Rapa, Esquire

JMR/sms

Cc:    Aaron R. Easley, Esq. (via ECF)