IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD COUCH, <u>ET</u> <u>AL.</u>,  :
    Plaintiffs  :
      : CIVIL NO. 3:14-CV-118
  v.  :
      : (JUDGE NEALON)
CENTRAL CREDIT SERVICES, INC.,  :
    Defendant  :

FILED
SCRANTON
JUN 1 9 2014
PER _____
DEPUTY CLERK

<u>**ORDER**</u>

**NOW**, this 19TH day of JUNE, 2014, upon consideration of the letter from Plaintiffs' counsel notifying this Court that the matter has been resolved by agreement between the parties and asking this Court to retain jurisdiction for a period of ninety (90) days, (Doc. 8), **IT IS HEREBY ORDERED THAT** the action is **DISMISSED** without prejudice to the right, upon good cause shown, within ninety (90) days, to reinstate the action if the settlement is not consummated.

                                    /s/ William J. Nealon
                                **United States District Judge**